[No. 9450–5–I.   Division One.   July 19, 1982.]

THOMAS A. ANDERSON, *Respondent,* v. USWEDECO, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–02751–9, Robert C. Bibb, J., entered October 3, 1980. *Affirmed* by unpublished opinion

per Williams, J., concurred in by Andersen, C.J., and James, J.